UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 MAR -7 AM 8 04
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA,
    Plaintiff,

v.   Civil No. 98-1577(PG)

ONE 1979 RED MACK TRUCK; ONE
1984 GREEN MACK TRUCK; ONE
WHITE AND BLUE FORD
ECONOLINE VAN; AND 823 BOXES
OF DISPOSABLE CUPS,
    Defendant

| MOTION | ORDER |
|---|---|
| Docket #20 - SECOND MOTION AND INCORPORATED MEMORANDUM OF LAW TO SET ASIDE JUDGMENT | **Denied** - Defendant had filed a virtually identical motion back on March 17, 1999. The motion was duly considered and denied by this Court on April 19, 1999. Defendant is forwarned that the filing of additional frivolous motions will result in the levying of sanctions. |
| Docket #21 - United States' Motion to strike "Second Motion and Incorporated Memorandum of Law to Set Aside Judgment". | **Granted** |

Date: March 6, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge